RUDIKH & ASSOCIATES
223 Route 18 South
Suite 204
East Brunswick, New Jersey 08816
(732) 659-6961
Attorney for Debtor (s)

_____

**Order Filed on August 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

Peter J Campisi

       Debtor (s)

Case No.: **18-23793-CMG**
JUDGE:    **CHRISTINE M. GRAVELL**
CHAPTER **13**

_____

## ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS

    The relief set forth on the following pages numbered two (2) through (2) is hereby

ORDERED.

**DATED: August 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtors:         PETER J CAMPISI
Case No.:        **18-23793**
Caption of Order: ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS

___

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtor, Peter J Campisi, for an Order Extending the Automatic Stay as to All Creditors, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. The automatic stay is hereby extended as to all creditors; and

2. Debtor's counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.