

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for BSI Financial Services as Servicer for US Bank Trust N.A. as Trustee of the Igloo Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

**Order Filed on March 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

Peter J Campisi

Debtors

CASE NO.: 18-23793

CHAPTER: 13

HON. JUDGE.:
CHRISTINE M. GRAVELLE

HEARING DATE:
  MARCH 20, 2019 AT 9:00 AM

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 21, 2019**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Upon the motion of BSI Financial Services as Servicer for US Bank Trust N.A. as Trustee of the Igloo Series III Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 47 Nathan Drive, Old Bridge, NJ 08857

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit BSI Financial Services as Servicer for US Bank Trust N.A. as Trustee of the Igloo Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 47 Nathan Drive, Old Bridge, NJ 08857; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the co-debtor stay against "Xinping Zhang" is lifted pursuant to 11 U.S.C. 1301(c).

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.